## Commonwealth *v.* DiGiacomo, Appellant.

Submitted September 8, 1969. *Sheldon S. Toll*, and *Montgomery, McCracken, Walker & Rhoads*, for appellant; *James D. Crawford*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Elliott, Appellant.

Argued September 11, 1969. *Robert M. Pressman*, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Fortunata Musto*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., took no part in the consideration or decision of this case.